# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                Crim. No. 7:05-CR-20-1FL

**BRAINARD RAY CUMMINGS**

    On May 11, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt                 /s/ Thomas E. Sheppard
Robert K. Britt                     Thomas E. Sheppard
Supervising U.S. Probation Officer       U.S. Probation Officer
                                        310 Dick Street
                                        Fayetteville, NC 28301-5730
                                        Phone: 910-354-2541
                                        Executed On: December 3, 2015

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

    Dated this __4th__ day of __December__, 2015.

                                        Louise W. Flanagan
                                        U.S. District Judge